## CERTIFICATE OF SERVICE

I, Colin R. Robinson, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint were made September 14, 2018 by:

☒      Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

### SEE ATTACHED SERVICE LIST

☐      Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐      Residence Service: By leaving the process with the following adult at:

☐      Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐      Publication: The defendant was served as follows: [Describe briefly]

☐      State Law: The defendant was served pursuant to the laws of the State of _____, (name of state) as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: September 14, 2018

*/s/ Colin R. Robinson*
Colin R. Robinson (DE Bar No. 5524)
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705 (Courier 19801)

Tintri – Service List re P1 Technologies
Main Case No. 18-11625 (KJC)
Adv. Case No. 18-50811 (KJC)
Doc. No. 221080
01 – First Class Mail

**First Class Mail**
P1 Technologies
3701 Highland Avenue, Suite 300
Manhattan Beach, CA  90266