# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TINTRI, INC.,[1]<br><br>　　　　Debtor. | Chapter 11<br><br>Case No. 18-11625 (KJC) |
| TINTRI, INC.,<br><br>　　　　Plaintiff,<br>vs.<br><br>P1 TECHNOLOGIES,<br><br>　　　　Defendant. | Adversary No. 18-50811<br><br>**Re: Docket Nos. 1 and 2** |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Colin R. Robinson, hereby certify that on the 17th day of September, 2018, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**COMPLAINT FOR BREACH OF CONTRACT AND TURNOVER; AND**

**SUMMONS AND NOTICE OF PRE-TRIAL CONFERENCE IN AN ADVERSARY PROCEEDING.**

　　　　　　　　　　　　　　　　　　/s/ Colin R. Robinson
　　　　　　　　　　　　　　　　　　Colin R. Robinson (DE Bar No. 5524)

---

[1] The last four digits of the Debtor's federal taxpayer identification number are 6978. The Debtor's service address is: 303 Ravendale Drive, Mountain View, CA 94043.

Tintri – Service List re P1 Technologies
Main Case No. 18-11625 (KJC)
Adv. Case No. 18-50811 (KJC)
Doc. No. 221080
01 – Certified Mail

**Certified Mail**
P1 Technologies
3701 Highland Avenue, Suite 300
Manhattan Beach, CA  90266